1    DAVID R. OLICK, Cal. Bar No. 72152
     Attorney and Counselor at Law
2    3450 Sacramento Street, No. 509
     San Francisco, CA 94118
3    Tel: 707-750-1005
     email: dro@olick.us
4
     RICHARD A. CANATELLA, Cal. Bar No. 53264
5    Attorney at Law
     CARTER & DELCARLO
6    4610 Mission Street, 4th Floor
     San Francisco, CA 94112
7    Tel: 415-584-5446
     email: rcanatella@drolick.com
8
9    Attorneys for Creditor DAVID R. OLICK

10                   UNITED STATES BANKRUPTCY COURT
11                   EASTERN DISTRICT OF CALIFORNIA
12                        SACRAMENTO DIVISION
13
     In re                           )   Chapter 7   No. 12-36999-B-7
14                                    )
     VIVIAN LILY,                     )   Adversary Proceeding No:
15                                    )
                        Debtor.       )   12-02717-B
16   _____ )
                                      )   DRO-1
17   DAVID R. OLICK,                  )
                                      )   MOTION FOR RELIEF FROM
18                      Plaintiff,    )   AUTOMATIC STAY
                                      )   AND TO STAY ADVERSARY
19             v.                     )   PROCEEDING
                                      )
20   VIVIAN LILY,                     )   Place: 501 I Street, Department B, 6th
                                      )   Floor, The Honorable Thomas C.
21                      Defendant.    )   Holman
     _____ )   Date: April 30, 2013
22                                        Time: 9:31 a.m.

23         David R. Olick hereby moves this court pursuant to 11 U.S.C. Sec. 362d for relief

24   from the automatic stay so that the community property and separate property assets

25   and obligations of the movant and his spouse the debtor may be determined in the

26   Family Court of Solano County Superior Court which action is pending and was pending

27   at the time the debtor filed this proceeding.  Movant further requests that the pending

28   adversary proceeding be suspended until such time as a judgment is rendered in the

Superior Court.

The motion is made on the ground that good cause exists in that the bankruptcy estate will not be effected since the Trustee has declared this proceeding a no asset proceeding.  The assets to be divided are within the exemptions claimed and apparently allowed.  Ms. Lily has twice filed schedules after the discovery that her initial schedules were incorrect or incomplete.

The facts and circumstances are set forth in the Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith.  In addition, a Memorandum of Points and Authorities is filed concurrently with this court.

Wherefore, Movant prays that this Court issue an Order terminating or modifying the automatic stay and granting the following relief:

1.   Relief from the stay allowing Movant to proceed under applicable California law to conclude the divorce proceeding now pending in the Solano County Superior Court and allow the parties to obtain a judgment therein.

2.   That the order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Ti9tle 11 of the United States Code.

3.   That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4.   That the judgment of the Superior Court of California be excepted from discharge pursuant to 11 U.S.C. Sec. 523 (a) (15).

5.   For such other and further relief as the court deems just and proper.

DATED: March 25, 2013                    _____/s/David R. Olick_____
                                                          DAVID R. OLICK
                                                          Attorney for Movant