DAVID R. OLICK, Cal. Bar No. 72152
Attorney and Counselor at Law
3450 Sacramento Street, No. 509
San Francisco, CA 94118
Tel: 707-750-1005
email: dro@olick.us

RICHARD A. CANATELLA, Cal. Bar No. 53264
Attorney at Law
CARTER & DELCARLO
4610 Mission Street, 4th Floor
San Francisco, CA 94112
Tel: 415-584-5446
email: rcanatella@drolick.com

Attorneys for Creditor DAVID R. OLICK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>VIVIAN LILY,<br><br>　　　　Debtor.<br><br>DAVID R. OLICK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIVIAN LILY,<br><br>　　　　Defendant. | Chapter 7   No. 12-36999-B-7<br><br>Adversary Proceeding No:<br><br>12-02717-B<br><br>DECLARATION OF DAVID R. OLICK IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND TO STAY ADVERSARY PROCEEDING<br><br>Place: 501 I Street, Department B, 6th Floor, The Honorable Thomas C. Holman<br>Date: April 30, 2013<br>Time: 9:31 a.m. |

I DAVID R. OLICK, declare:

1. I am an attorney at law, a member of the United States District Court for the Eastern District of California and the movant herein.

2. I am the Petitioner in In re Olick and Lily, Case No. FFL-114985 a domestic relations divorce proceeding pending in the Solano County Superior Court, Family Law Department. Vivian Lily is the Respondent.

-1-

3.  The above action was filed on May 27, 2010 and is ready to be set for trial.

4.  The chapter 7 proceeding was filed on September 20, 2012.

5.  On November 11, 2012 the Trustee Susan K. Smith filed a report of No Distribution.  The report also contains a certification that the estate has been fully administered.

6.  The adversary proceeding was filed on December 17, 2012.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 23, 2013

DATED: March 23, 2013                    /s/David R. Olick
                                              DAVID R. OLICK
                                              Attorney for Movant