# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Olick v. Lily | **Case No :** <br> **Adv No :** <br> **Date :** <br> **Time :** | 12–36999 – B – 7 <br> 12–02717 – B <br> 8/6/13 <br> 09:32 |

**Matter :** [60] – Motion/Application to Dismiss Adversary Proceeding/Notice of Removal Filed by Defendant Vivian Lily (svim)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the Opposition is overruled in part and sustained in part.

The plaintiff David R. Olicks (the Plaintiff) opposition is overruled in part and sustained in part. The defendant Vivian Lilys (the Debtor) motion to dismiss the claims for relief set forth in the first amended complaint (FAC) filed in this adversary proceeding on June 4, 2013 (Dkt. 58) is granted in part and denied in part, as follows:

1.) The Plaintiffs third claim for relief is dismissed to the extent that it seeks a determination of nondischargeability pursuant to 11 U.S.C. § 523(a)(4) without leave to amend.

2.) The Plaintiffs fifth claim for relief is dismissed pursuant to Fed. R. Civ. P. 12(b)(1) to the extent it seeks a determination of nondischargeability pursuant to 11 U.S.C. § 523(a)(15) of obligations created by orders which have not been entered by the Solano County Superior Court in case no. FFL–114985.

3.) The Plaintiffs fifth claim for relief is also dismissed pursuant to Fed. R. Civ. P. 12(b)(6) to the extent that it seeks a determination of nondischargeability pursuant to 11 U.S.C. § 523(a)(15) of obligations created by orders which have been entered by the Solano County Superior Court in case no. FFL–114985, with leave given to the Plaintiff to amend.

Except as so ordered, the Debtors requests for dismissal of the various claims for relief in the FAC are denied. Plaintiff may file a second amended complaint that comports with Fed. R. Civ. P. 8(a), made applicable herein pursuant to Fed. R. Bankr. P. 7008, on or before January 2, 2014. If Plaintiff does not file a second amended complaint on or before January 2, 2014, the Debtor may submit a proposed order dismissing the fourth claim for relief with respect to 11 U.S.C. § 523(a)(4) and the fifth claim for relief. Except as so ordered, the motion is denied.

Dated: December 10, 2013

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge