Stephen C. Ruehmann, Esq. (167533)
*steve@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorney for Debtor and Defendant
VIVIAN LILY

RICHARD A. CANATELLA, Cal. Bar No. 53264
Attorney at Law
CARTER & DELCARLO
4610 Mission Street, 4th Floor
San Francisco, CA 94112
Tel: 415-584-5446
email: rcanatella@drolick.com
       delcarlo@earthlink.com

DAVID R. OLICK, Cal. Bar No. 72152
Attorney and Counselor at Law
3450 Sacramento Street, No. 509
San Francisco, CA 94118
Tel: 707-750-1005
email: dro@olick.us

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>VIVIAN LILY,<br><br>    Debtor.<br>_____<br><br>DAVID R. OLICK,<br><br>    Plaintiff,<br>v.<br><br>VIVIAN LILY,<br><br>    Defendant.<br>_____ | Chapter 7   Case No: 12-36999-B-7<br><br>Adversary Proceeding No.: 12-02717<br>**AMENDED**<br>**JOINT DISCOVERY PLAN**<br><br>**Status Conference**<br>**Date: December 18, 2013**<br>**Time:  9:30 a.m.**<br>**Dept:  B (Courtroom 32)**<br><br>Complaint Filed:     December 17, 2012 |

## JOINT DISCOVERY PLAN

An initial status conference was set for February 20, 2013, than continued several times to December 18, 2013 pending a motion to dismiss Plaintiff's complaint. The dates on the earlier joint discovery plan are now moot. The court has ruled on the motion to dismiss, denying it in part and granting it in part. Plaintiff has leave to amend by January 2, 2014. Issues as to the pleadings have been almost fully resolved.

Pursuant to Rule 26(f), the parties have discussed the nature and basis of their claims and defences, the possibilities for a prompt settlement or resolution of the case, and developed a proposed discovery plan. They have also exchanged a list of potentially documents, a list of witnesses, description of their respective views on damages and of potentially relevant insurance policies. After conferring, counsel for the parties agree to the following:

    1. The parties shall complete the disclosures required by Rule 26(a)(1) (i.e., produce all identified documents) on or before July 1, 2014, unless otherwise ordered or unless production has already been made pursuant to a production request. These will include all documents and other tangible things relevant to the allegations of the pleadings and damages alleged therein, as well as copies of any relevant insurance policies, all known by the disclosing party at the time of disclosure.

    2. Defendant requests that all discovery be stayed until the case is fully at-issue. Plaintiff contends that formal discovery should commence in accordance with the Federal Bankruptcy Rules and in accordance with the court's scheduling order.

    The parties shall have until <u>July 1, 2014</u> or as ordered by

the Court in its Scheduling Order, to complete fact discovery.

3. The parties shall disclose experts and reports per Rule 26(a)(2)(D), and shall conduct depositions thereafter in accordance with Rule 26(b)(4)(A), unless otherwise ordered.

4. The parties shall have until May 1, 2014, or as ordered by the Court in its Scheduling Order, to file pleadings seeking to join additional parties, to amend pleadings to add claims or defenses, to file other non-dispositive motions (e.g., consolidation, bifurcation), and to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations).

5.  The parties shall have until May 1, 2014, or as ordered by the Court in its Scheduling Order, to file other dispositive motions (e.g., summary judgment as to all or part of the case).

The parties are amenable to participating in the Court's Dispute Resolution Program.

5. Plaintiff requests a jury; Defendant reserves the right to request a jury.

6. Defendant estimates a 5 day trial; Plaintiff estimates 7 days.

DATED: December 16, 2013        RUEHMANN LAW FIRM, P.C.

                                         By:    /s/ Stephen C. Ruehmann
                                                STEPHEN C. RUEHMANN

Attorney for VIVIAN LILY

DATED: December 16, 2013        By:    /s/ David R. Olick
                                                DAVID R. OLICK
                                                Attorney for DAVID R. OLICK