FILED

FEB 25 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

```
                  UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF CALIFORNIA
                        SACRAMENTO DIVISION
```

In re:                            )
                                  )   Bankr. Case 12-36999-B-7
VIVIAN LILY,                      )
                                  )   Chapter 13
        Debtor.                   )
                                  )
                                  )
_____)
                                  )
DAVID R. OLICK,                   )   Adv. No. 12-2717-B
                                  )
        Plaintiff,                )
                                  )
vs.                               )
                                  )
                                  )
VIVIAN LILY,                      )
                                  )
        Defendant.                )
                                  )
                                  )
_____)

**ORDER DISMISSING FIFTH CLAIM FOR RELIEF UNDER 11 U.S.C. §**
**523(a)(15)**

On December 10, 2013, in the above-captioned adversary proceeding, the court issued a minute order (Dkt. 71)(the "Order"), which dismissed the plaintiff's third claim for relief asserted in the second amended complaint (the "SAC")(Dkt. 58) for a determination of nondischargeability pursuant to 11 U.S.C. § 523(a)(4) without leave to amend, and which dismissed the fifth claim for relief asserted in the SAC for a determination of nondischargeability pursuant to 11 U.S.C. § 523(a)(15), with leave given to the plaintiff to amend the fifth claim for relief to the extent it sought a determination of

nondischargeability of obligations created by orders which have been entered in Solano County Superior Court case number FFL-114985. The Order required the plaintiff to file a third amended complaint on or before January 2, 2014. The plaintiff did not file a third amended complaint. Based on the foregoing, it is hereby

ORDERED, that the plaintiff's fifth claim for relief asserted in the SAC for a determination of nondischargeability pursuant to 11 U.S.C § 523(a)(15) is dismissed.

Dated: FEB 2 5 2014

BY THE COURT

Thomas C. Holman
United States Bankruptcy Judge